```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    ROSA LOPEZ MENDOZA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10                           * * * * *

11
                                      ) Case No.: CR-F-05-00127 OWW
12  UNITED STATES OF AMERICA,         )
                                      ) NOTICE OF SUBSTITUTION OF
13            Plaintiff,              ) ATTORNEYS AND ORDER
                                      )
14       vs.                          )
    ROSA LOPEZ MENDOZA,               )
15                                    )
              Defendant.              )
16  _____)

17

18       PLEASE TAKE NOTICE that the Defendant, ROSA LOPEZ MENDOZA,

19  hereby, substitutes as her attorney-of-record, ANTHONY P.

20  CAPOZZI, Law offices of Anthony P. Capozzi, in the place of the

21  Federal Defender's Office for the above entitled case.

22  / / /

23  / / /

24  / / /

25

26

27

28
```

- 1 -

Notice of Substitution of Attorneys

PDF created with pdfFactory trial version www.pdffactory.com

The location and mailing address for the Law Offices of Anthony P. Capozzi is 1233 W. Shaw Avenue, Suite 102, Fresno, California, 93711-3718. Mr. Capozzi also may be contacted by telephone at (559) 221-0200, via facsimile at (559) 221-7997 or by e-mail at capozzilaw@aol.com.

Dated: April 15, 2005

/s/ Rosa Lopez Mendoza
ROSA LOPEZ MENDOZA

Dated: April 15, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for the Defendant,
ROSA LOPEZ MENDOZA

Dated: April 15, 2005

/s/ Ann Voris
ASSISTANT FEDERAL DEFENDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED THAT ANTHONY P. CAPOZZI, ESQ., BE SUBSTITUTED IN AS ATTORNEY FOR ROSA LOPEZ MENDOZA IN PLACE OF AN ASSISTANT FEDERAL DEFENDER.

The Court Clerk's office shall make note of the Substitution of Attorneys in the court file and shall forward all correspondence and pleadings to Mr. Anthony P. Capozzi, Esq., at the above listed address for the Law Offices of Anthony P. Capozzi.

Dated: April _20__, 2005     /s/ OLIVER W. WANGER

Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com