| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar No. 89424 |
| | Acting Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ROSA LOPEZ MENDOZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00127 OWW |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER THEREON |
| v. | ) | |
| | ) | Date: June 12, 2006 |
| ROSA LOPEZ MENDOZA, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |
| *Defendants*. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant ROSA LOPEZ MENDOZA, that the date for status conference in this matter may be continued to June 12, 2006. **The date currently set for status conference is June 5, 2006. The requested new date is June 12, 2006.**

The reason for this request is that additional time is needed to conduct investigation and negotiations in an attempt to resolve this matter. A similar stipulation was previously filed on behalf of co-defendant Serafin Mendoza; however, through inadvertence, defendant Rosa Lopez Mendoza was not included in that filing.

///

///

1 The parties agree that the delay resulting from the continuance shall be excluded as necessary

2 foreffective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 2, 2006     By /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: June 2, 2006     By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ROSA LOPEZ MENDOZA

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 8, 2006**          /s/ Oliver W. Wanger
emm0d6                    UNITED STATES DISTRICT JUDGE