1    DANIEL J. BRODERICK, Bar No. 89424
     Acting Federal Defender
2    ERIC V. KERSTEN, Bar #226429
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5

6    Attorney for Defendant
     ROSA LOPEZ MENDOZA

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA,        ) | No. 1:05-cr-00127 OWW |
|                          ) | |
| 12          *Plaintiff*,      ) | STIPULATION TO MODIFY CONDITIONS OF |
|                          ) | PRE-TRIAL RELEASE;  AND ORDER |
| 13       v.                   ) | THEREON |
|                          ) | |
| 14   ROSA LOPEZ MENDOZA,       ) | Judge:  Hon. Oliver W. Wanger |
|                          ) | |
| 15          *Defendants*.     ) | |
|                          ) | |
| 16   _____ ) | |

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19   counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

20   KERSTEN, Assistant Federal Defender, counsel for Defendant Rosa Lopez Mendoza, that the conditions

21   of release entered by the Magistrate Court on April 15, 2005, may be amended as follows:  Rosa Loez

22   Mendoza is permitted to travel to Mexico beginning July 23, 2007, and she must return to the United

23   States no later than August 22, 2007.  All other conditions of pre-trial release remain in full force and

24   effect.

25        This request is made to allow Ms. Lopez Mendoza to travel to Mexico to attend to the funeral of

26   her father, who passed away July 22, 2007.

27        This request is appropriate because, pursuant to the plea agreement of the co-defendant of Ms.

28   Lopez Mendoza, the government has agreed to dismiss the charges against Ms. Lopez Mendoza when the

co-defendant is sentenced on September 24, 2007. In addition, Ms. Lopez Mendoza has made all court appearances and complied with the conditions of her pre-trial release for more than two years. Finally, while her green card has been misplaced, she has requested a replacement card and obtained a temporary I-551 which allows her to travel to Mexico and return to the United States between July 23, 2007 and August 22, 2007.

DATED: July 23, 2007                                          McGREGOR M. SCOTT
                                                             United States Attorney


                                                             /s/ Virna L. Santos
                                                             VIRNA L. SANTOS
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff


DATED: July 23, 2007                                          DANIEL J. BRODERICK
                                                             Federal Defender


                                                             /s/ Eric V. Kersten
                                                             ERIC V. KERSTEN
                                                             Assistant Federal Defender
                                                             Attorney for Defendant


## O R D E R

**IT IS SO ORDERED.** The conditions of pre-trial release for defendant Rosa Lopez Mendoza are hereby amended to allow her to travel to Mexico beginning July 23, 2007, and to return to United States no later than August 22, 2007.

IT IS SO ORDERED.

**Dated:    July 23, 2007**                      _____/s/ Oliver W. Wanger_____
                                                 UNITED STATES DISTRICT JUDGE