UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )     1:05-CR-127-002 OWW
                               )
     v.                        )
                               )     ORDER DISMISSING INDICTMENT
ROSA LOPEZ MENDOZA,            )     AS TO DEFENDANT
                               )     ROSA LOPEZ MENDOZA ONLY
            Defendant          )
_____)
```

Upon the oral motion of the government, the Indictment as to ROSA LOPEZ MENDOZA only is ordered dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 25, 2007**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1